# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR VEGA, d/b/a VPR Motors OIS#EM67 | : | Civil No. 3:19-CV-00773 |
| Plaintiff, | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION and LESLIE S. RICHARDS, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 7th day of August, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED** as follows:

1. Defendants' motion to dismiss (Doc. 13) is **GRANTED**.

2. Plaintiff's claims against the Commonwealth of Pennsylvania, Department of Transportation ("PennDOT") and Leslie S. Richards in her official capacity as Secretary of Transportation are **DISMISSED WITH PREJUDICE**.

3. Defendant PennDOT is **DISMISSED** from this case.

4. Plaintiff's claims against Leslie S. Richards in her individual capacity are **DISMISSED WITHOUT PREJUDICE**.

5. Plaintiff shall file an amended complaint in accordance with this order and the accompanying memorandum within twenty-one days of the date of this order.

6. If Plaintiff fails to file an amended complaint by the above date, the Clerk of Court is directed to close this case.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania